IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

FREDERICK HUDDLESTON                                           PLAINTIFF

v.                                         CAUSE NO: 1:22-CV-48-SA-RP

COOPER TIRE & RUBBER
COMPANY                                          DEFENDANT

## FINAL JUDGMENT

For the reasons set forth in the Court's Order and Memorandum Opinion issued this day, summary judgment is granted in the Defendants' favor. Huddleston's claims are hereby dismissed with prejudice. This CASE is CLOSED.

SO ORDERED, this the 27th day of July, 2023.

                                                       /s/ Sharion Aycock
                                                       UNITED STATES DISTRICT JUDGE