## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## ABERDEEN DIVISION

**FREDERICK HUDDLESTON**　　　　　　　　　　　　　　**PLAINTIFF**

v.　　　　　　　　　　　　　　CIVIL ACTION NO.: 1:22-cv-048-SA-RP

**COOPER TIRE & RUBBER**　　　　　　　　　　　　　　**DEFENDANT**
**COMPANY**


## NOTICE OF APPEARANCE

**COMES NOW**, Jane A. Watson, WATSON & NORRIS, PLLC, 1501 Jackson Avenue W. STE 113, PMB 101, Oxford, MS 38655, (601) 968-0000, and gives notice of her appearance as counsel for Plaintiff.

THIS, the 18th day of October, 2024.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s Jane A. Watson
　　　　　　　　　　　　　　　　　　JANE A. WATSON (MSB#106877)
　　　　　　　　　　　　　　　　　Attorney for Plaintiff


OF COUNSEL:

WATSON & NORRIS, PLLC
1501 Jackson Avenue W. STE 113 PMB 101
Oxford, MS 38655
Phone:  (601) 968-0000
Facsimile: (601) 968-0010
jane@watsonnorris.com

## CERTIFICATE OF SERVICE

I, Jane A. Watson, attorney for Plaintiff do hereby certify that I have this day filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing or mailed, via United States Mail, postage prepaid, on all counsel of record.

THIS, the 18th day of October, 2024.

/s/Jane A. Watson
JANE A. WATSON