DNotice (N.D.Miss.1990)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**FREDERICK HUDDLESTON**                                                    **PLAINTIFF**

**VS.**                                    **CIVIL ACTION NO. 1:22-CV-048-SA-RP**

**COOPER TIRE AND RUBBER COMPANY**                                      **DEFENDANTS**

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| *Place* | *Room No.* |
|---|---|
| U.S. FEDERAL BLDG. Oxford, MS | |
| | *Date and Time* October 21, 2024, at 3:00 p.m. |

*Type of Proceeding*

### TELEPHONIC STATUS CONFERENCE
### UNITED STATES MAGISTRATE JUDGE ROY PERCY
**Parties are instructed to call the conference line at 888-363-4735, access code 4317261**

<u>DAVID CREWS</u>
Clerk of Court

<u>/s/ Rebekah Capps</u>
Courtroom Deputy

Date: October 18, 2024

**CONTACT REBEKAH CAPPS AT 662-234-3114 IF YOU HAVE ANY QUESTIONS**