**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

| | | |
|---|---|---|
| **FREDERICK HUDDLESTON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | |
| **V.** | ) | **CIVIL ACTION NO. 1:22-CV-00048-SA-RP** |
| | ) | |
| **COOPER TIRE & RUBBER COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| | ) | |
| | ) | |
| **FREDERICK HUDDLESTON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION NO.: 1:24-CV-00001-SA-RP** |
| **V.** | ) | |
| | ) | |
| **GOODYEAR TIRE & RUBBER** | ) | |
| **COMPANY f/k/a COOPER TIRE AND** | ) | |
| **RUBBER COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

**JOINT MOTION TO CONSOLIDATE CASES AND CONTINUE TRIAL**

Plaintiff Frederick Huddleston ("Plaintiff" or "Huddleston") and Defendant Goodyear Tire & Rubber Company f/k/a Cooper Tire & Rubber Company ("Defendant" or "Goodyear") (collectively, "the Parties"), jointly move to consolidate the above-styled cases, to continue trial for Civil Action No. 1:22-CV-00048-SA-RP (the "First Action"). In support of this Motion, the Parties state as follows:

1. On March 15, 2022, Huddleston filed the First Action. In his Complaint, he brought forth claims of retaliation under: Title VII of the Civil Rights Act of 1964 ("Title VII"), 42

1

U.S.C.§ 1981 ("Section 1981"), the American Disabilities Act of 1990 (the "ADA"), and the Age Discrimination in Employment Act of 1967 (the "ADEA"). *See* First Action, ECF No. 1.

2. On July 27, 2023, Plaintiff's retaliation claims under Title VII, the ADA, and the ADEA were dismissed. *See generally* First Action, ECF No. 70.

3. On January 1, 2024, Huddleston filed Civil Action No. 1:24-CV-00001-SA-RP (the "Second Action"). In his Complaint, Huddleston brings forth claims of discrimination under Section 1981. *See* Second Action, ECF Nos. 1 and 6 (showing Plaintiff's Amended Complaint).

4. On March 27, 2024, in the First Action, the Court dismissed two of Plaintiff's three Section 1981 retaliation claims and concluded that the remaining Section 1981 retaliation claim may proceed to trial. *See* First Action, ECF No. 76. Trial is currently set for November 4, 2024. *See* First Action. ECF No. 77.

5. On March 29, 2024, Goodyear filed a Motion to Dismiss Huddleston's Amended Complaint ("Motion to Dismiss"). *See* Second Action, ECF No. 11. Goodyear's Motion to Dismiss is currently pending.

6. In short, Huddleston currently has two cases pending against Goodyear.

7. Under Federal Rule of Civil Procedure ("FED. R. CIV. P.") 42(a), if a court finds that two or more actions before the court "involve a common question of law or fact," then the court may: "(1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay." *See* FED. R. CIV. P. 42 (a).

8. The First and Second Actions are necessarily intertwined and will require an overlap in underlying allegations, facts, and witnesses. Consolidating the cases will preserve judicial

and party resources and to have two difference cases would increase the risk of inconsistent and duplicative adjudications.

9. Goodyear agrees to the consolidation of the First and Second Actions; however, it expressly reserves the right to do so without waiving its pending Motion to Dismiss. Goodyear maintains its affirmative defenses as asserted in the Second Action.

10. The Parties respectfully submit that for the purposes of judicial economy and consistency, the claims in the First and Second Actions should be adjudicated in the same case. To effectuate this, the Parties respectfully request:

   a. The consolidation of the First and Second Actions;

   b. A Continuance of the First Action trial currently set for November 4, 2024; and

   c. That Goodyear be permitted to preserve its defenses as stated in its pending Motion to Dismiss in the Second Action, without waiver.

This the 21st day of October, 2024.

Respectfully submitted,

*/s/ J. William Manuel*
J. William Manuel (MS# 9891)
Whitney J. Jackson (MSB#106120)
BRADLEY ARANT BOULT CUMMINGS LLP
One Jackson Place
188 E. Capitol Street, Suite 1000
Jackson, Mississippi 39201
Telephone: (601) 948-8000
Facsimile: (601) 948 – 3000
wmanuel@bradley.com
wjackson@bradley.com
*Attorneys for Defendant Goodyear Tire and Rubber Company f/k/a Cooper Tire and Rubber Company*