# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

# CIVIL MINUTES

Case No 1:22CV048-SA-RP    Held:  OXFORD / TELEPHONIC
Style: HUDDLESTON V. COOPER TIRE AND RUBBER COMPANY
Date/Time Began 10/21/24 at 2:10 p.m.   Date/Time Ended:  10/21/24 at 2:20 p.m.

　　　　Total Time:  10 minutes

PRESENT:  Honorable **ROY PERCY, MAGISTRATE JUDGE**

_____                _____
　　Deputy Clerk                             Court Reporter

Attorneys for Plaintiff(s):            Attorneys for Defendant(s):
Nick Norris                            Will Manuel

PROCEEDINGS: Status Conference
Held    X    Not Held_____    Canceled _____    Reset _____

Docket Entry:

Status conference held.

　　　　　　　　　　　　　　　　　　　　DAVID CREWS, CLERK

　　　　　　　　　　　　　　　　　　　　 /s/ Rebekah Capps
　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　 Courtroom Clerk